### R. M. REEVES ET AL. v. THE STATE.

Nos. 11680, 11681, 11682 and 11683.   Delivered April 11, 1928.

**Forfeiture of Appearance Bonds—Companion Cases.**

The legal questions in these four cases are identical with those of R. M. Reeves et al. v. The State of Texas, No. 11679, decided March 21, 1928, and for the reasons pointed out in the opinion in said cause No. 11679, the judgment of the trial court is reversed and the causes remanded in each of the above numbered causes.

Appeal from Criminal District Court No. 2 of Dallas County. Tried below before the Hon. C. A. Pippen, Judge.

Appeal from judgments forfeiting appearance bonds. Reversed.

The opinion in the case of R. M. Reeves et al., No. 11679, states the facts in these cases.

*Barry Miller, W. B. Harrell* and *J. D. Kugle* of Dallas, for appellants.

*A. A. Dawson* of Canton, State's Attorney, for the State.

MARTIN, JUDGE.—The legal question in this case is identical with that of R. M. Reeves et al., Appellants, v. State of Texas, Appellee, No. 11679, decided March 21, 1928.

For the reasons pointed out in the opinion in said cause No. 11679, the judgment of the trial court is reversed and the cause remanded.

*Reversed and remanded.*

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.